1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jarmel J. Kennedy, ) | |
| Plaintiff, ) | No. CV-04-1845-PHX-MHM |
| v. ) | **ORDER** |
| John E. Potter, Postmaster General, United ) States Postal Service, ) | |
| Defendant. ) | |

On April 27, 2007 Defendant filed an unopposed Motion to Change Settlement Conference Date (docket #53) requesting that this Court alter the settlement conference date in the above-captioned matter currently scheduled for June 5, 2007. For cause shown, Defendant's Motion is **GRANTED**.

**IT IS ORDERED,** the settlement conference presently set for June 5, 2007 is hereby rescheduled for **Tuesday, May 22, 2007 at 2:00 p.m.**

**IT IS FURTHER ORDERED affirming** all other orders in the Court's Settlement Conference Order (docket #52) except for the date and time of said conference and the agreed upon dates which counsel have set for Plaintiff's demand to be delivered to

/ / /

/ / /

/ / /

1 defense counsel and the insurer's representative, if any, and Defendant's response to the
2 demand to be delivered to Plaintiffs' counsel.
3      DATED this 7th day of May, 2007.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge